

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00622-CR

**IN RE** Edward **ROCHA**, Relator

Original Proceeding[1]

**ORDER**

In accordance with this court's memorandum opinion of this date, relator's petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 23, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

Luz Estrada, Chief Deputy Clerk



---

[1]This proceeding arises out of Cause No. 2017CR8265, styled *State of Texas v. Edward Rocha*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Stephanie R. Boyd presiding.